## JAMES ABBOTT *versus* WILLIAM HANDS

PAPERS IN FILE (1823–24): (1) Precipe for summons; (2) summons; (3) discontinuance.
*1822–23 Calendar*, MS p. 144.

## THOMAS EMERSON *versus* WHITMORE KNAGGS AND WILLIAM G. KNAGGS

PAPERS IN FILE (1823–24): (1) Precipe for entry of amicable suit; (2) recognizance; (3) bail piece; (4) declaration; (5) warrant to confess judgment; (6) cognovit; (7) precipe for execution fi. fa.
*1822–23 Calendar*, MS p. 156. Recorded in *Book B*, MS pp. 283–85.

## GEORGE W. HUNGERFORD *versus* WILLIAM WOODBRIDGE, COLLECTOR OF THE PORT AND DISTRICT OF DETROIT

PAPERS IN FILE (1823): (1) Affidavit and petition for mandamus, allowance; (2) alternative writ of mandamus and return; (3) discontinuance.

## JUSTIN WORTHINGTON *versus* WILLIAM FULFORD

PAPERS IN FILE (1824): (1) Precipe for capias; (2) affidavit for special bail; (3) capias; (4) notice of settlement; (5) discontinuance.